IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAURIE A. GABALDON,

    Plaintiff,

v.                                      Civ No. 12-586 LH/KMB

ALVIN ANDREW STOCK and
HEARTLAND EXPRESS INC. of IOWA,

## FINAL JUDGMENT

    In accordance with FED.R.CIV.P. 58(a), and consistent with the Joint Motion to Dismiss and Order of Dismissal With Prejudice, the Court now enters its Final Judgment.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's cause of action is **DISMISSED WITH PREJUDICE.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**